# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| MICHAEL WESLEY WATTERS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CIV-19-651-G |
| LONNIE LAWSON, Warden, | ) | |
| Respondent. | ) | |

## ORDER

Magistrate Judge Shon T. Erwin issued a Report and Recommendation ("R. & R.") in this matter on July 19, 2019 (Doc. No. 5). Judge Erwin recommends: 1) denial of Petitioner's application for leave to proceed in forma pauperis; 2) an order requiring Petitioner to pay the $5.00 filing fee; and 3) dismissal of this action if, within twenty days of any order adopting the R. & R., Petitioner fails to pay the filing fee.

Petitioner has now paid the $5.00 filing fee. *See* Doc. No. 6. Accordingly, it is clear that Petitioner does not object to the recommendations made in the R. & R.

The Court ACCEPTS and ADOPTS the R. & R. As recommended, and in light of Petitioner's payment of the filing fee, Petitioner's application for leave to proceed *in forma pauperis* (Doc. No. 3) is DENIED. Payment of the filing fee renders the R. & R.'s other recommendations moot.

This matter is re-referred to Magistrate Judge Erwin for all proceedings consistent with the original referral.

IT IS SO ORDERED this 27th day of August, 2019.

CHARLES B. GOODWIN
United States District Judge